UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| GREATER ST. LOUIS CONSTRUCTION, LABORERS WELFARE FUND, et al. | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 4:10CV1685 HEA |
| ELITE CONTRACTING AND, MANAGEMENT, LLC, | ) ) ) ) | |
| Defendant. | ) | |

## **ORDER**

Upon review of the Court file, the Court notes that there has been no activity in this action since the filing of the return of proof of service upon defendant **Elite Contracting and Management, LLC** on **November 17, 2010, and served on November 1, 2010.**

**IT IS HEREBY ORDERED** that plaintiff shall, within fourteen (14) days of the date of this order, file appropriate motions for entry of default and for default judgment as to defendant Elite Contracting and Management LLC, supported by all necessary affidavits and documentation, as well as proposed orders for the Court's consideration.

Failure to comply with this order may result in dismissal without prejudice.

Dated this 7th day of December, 2010.

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE